RECEIVED

NOV 18 2024

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN DUBUQUE

PLAINTIFF/RESPONDENT

UNITED STATES OF AMERICA

Case No. 2:24-cv-01030-CJW-MAR

v.

DEFENDANT/PETITIONER

PATRICK MILLER WEBB, JR

## DEFENDANT'S MOTION TO STRIKE DUPLICATIVE PARTS OF 2255 MOTION

Comes now Defendant/Petitioner Patrick Miller Webb, Jr., (Defendant) and for his motion states:

1. Defendant on 9-10-2024 filed a petition/motion under 28 USC 2255.

2. Defendant submitted three copies because he thought it was required. The original was signed and dated. The other copies weren't signed by Defendant.

3. Defendant profusely apologizes for this misunderstanding. Defendant doesn't want to unduly trouble the Court, the clerk, the US Attorney, or others who may have occasion to read this motion.

4. Defendant respectfully requests that the redundant portion (pages 25-72) be stricken from the record. Defendant requests that this be done so that neither a legally experienced person nor a citizen untrained in the law could reasonably be confused about the extent of the petition.

5. Alternatively, if the Court indicates that some other method of getting an orderly record would be preferable, yet not prejudicial to Defendant's interests, Defendant will do his best to oblige.

WHEREFORE, Defendant respectfully requests that the Court strike the two redundant copies from the record; and for such other and further relief as may be appropriate whether or not specifically requested.

Respectfully submitted.

By: _Patrick Miller Webb Jr_     _11-13-24_
Patrick Miller Webb, Jr., # 18451-029    Date
FCI RAY BROOK
FEDERAL CORRECTIONAL ASSOCIATION
P.O. BOX 900
RAY BROOK, NY 12977

## CERTIFICATE OF SERVICE

Defendant by his signature above certifies that on the date stated above he caused this to be filed electronically with the Clerk of the Court by using the CM/ECF system, thereby serving all persons having ECF privileges and entitled to service in this case.

2

Patrick Webb #18451029
F.C.I. Ray Brook
Federal Correctional Institution
P.O. Box 900
Ray Brook, NY 12977

ALBANY NY 120
15 NOV 2024 PM 4 L
11·15·24

⇔18451-029⇔
Clerk Of Court
111 7TH AVE SE
Cedar Rapids, IA 52401
United States

XRAYED US MARSHALS SERVICE

~ legal mail ~

52401-210312