IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF IOWA EASTERN DUBUQUE

UNITED STATES OF AMERICA                                    PLAINTIFF/RESPONDENT

V.                                    CASE No. 2:24-cv-01030-CJW-MAR

PATRICK MILLER WEBB, JR                                    DEFENDANT/PETITIONER

## DEFENDANT'S MOTION FOR ISSUANCE OF SHOW CAUSE ORDER

COMES NOW Defendant/petitioner Patrick Miller Webb, Jr., (Defendant) in PRO SE, in necessity, and hereby MOVES this

Court to ISSUE an ORDER requiring the Government to Show Cause as to why the Defendant USC 2255 motion should not be

granted, Pursuant to Rules governing USC 2255, Rule 4.

In support, the Defendant Shows the Court the following:

1.) Defendant on 9-10-2024 filed a petition/motion under 28 USC 2255 motion with exhibits.

2.) Rules governing 28 USC 2255 proceedings in the United States District Courts, Rule 4 (b) states in part:

"If the motion is not dismissed, the Judge MUST order the United States Attorney to file an answer... "(Emphasis added).

WHEREFORE NOW, above premises considered, the Defendant hereby MOVES this Court to ISSUE a Show Cause Order in compliance with Rule 4 (b)'s mandatory language.

Respectfully Submitted.

By: _____                    12-10-24
Patrick Miller Webb Jr., #18451029               DATE
FCI RAY BROOK
FEDERAL CORRECTIONAL ASSOCIATION
P.O. Box 900
RAY BROOK, NY 12977

## CERTIFICATE OF SERVICE

Defendant by his signature above certifies that on the date stated above he caused this to be filed electronically with the Clerk of Court by using the CM/ECF system, thereby serving all persons having ECF privileges and entitled to service in this case.



RECEIVED

DEC 16 2024

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA

PRAYED US MARSHALS SERVICE

FOREVER USA
PURPLE HEART

ALBANY NY 120
11 DEC 2024 PM 1 L

12-11-24 EWB

Name: Patrick Webb
Reg #: 18451-029
FCI RAY BROOK
PO BOX 900
RAY BROOK, NY 12977

Legal Mail

⇔18451-029⇔
Clerk Of Court
111 7TH AVE SE
Cedar Rapids, IA 52401
United States

52401-210312