UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF IOWA

RECEIVED
FEB 13 2025
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA

UNITED STATES OF AMERICA                                    PLAINTIFF

VS.                                        Case No. 2:24-cv-01030-CJW-MAR

PATRICK MILLER WEBB., JR                                    DEFENDANT

## MOTION FOR ORDER OF DESIGNATION OF RECORD ON APPEAL

Mr. Webb, in pro se, in necessity, hereby present his motion, respectfully requesting that this Honorable Court issue an order designating the record on appeal pursuant to Federal Rules of Appellate Procedure, Rule 10(b)(1). Mr. Webb avers that the record on appeal should include the following, documents on file in the United States District Court Clerk's Office, TO WIT:

1. The trial transcripts from 8th day of March, 2021 through 10th day of March, 2021, which were previously transcribed for appellate purposes and should be on file in the clerk's office.

2. The Presentence Report, Objections to the P.S.R., and the Sentencing Transcript dated 6-9-21 and 2-2-22, which were previously transcribed for direct appeal and should be on fire in the clerk's office.

3. The Jury Verdict.

4. All pleadings related to the 28 U.S.C. 2255 Motion to Vacate, Set Aside or Correct Sentence and the entire file in the clerk's office related to this case.

Wherefore, now above premises considered, Mr. Webb urges this Court to grant this Motion and Order the above documents to be designated as the record on appeal.

Respectfully Submitted.

By: _____                          2-6-25
Patrick Miller Webb, Jr., #18451029                    Date: _____
FCI RAY BROOK
FEDERAL CORRECTIONAL ASSOCIATION
P.O. BOX 900
RAY BROOK, NY 12977

## CERTIFICATE OF SERVICE

Defendant by his signature above certifies that on the date stated above he caused this to be filed electronically with the Clerk of the Court by using the CM/ECF system, thereby serving all persons having ECF privileges and entitled to service in this case.

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF IOWA

UNITED STATES OF AMERICA                                        PLAINTIFF

VS.                                          Case No. 2:24-cv-01030-CJW-MAR

PATRICK MILLER WEBB, JR                                         DEFENDANT

## ORDER OF DESIGNATION OF RECORD ON APPEAL

Before the Court for consideration is the motion filed by the petitioner, Mr. Webb, in which he seeks designation of the record on appeal. Pursuant to the Federal Rules of Appellate Procedure, Rule 10(b)(1), this Court may issue an order designating the record on appeal. This Court, after careful review, finds that the Motion should be granted.

The Clerk shall prepare and file as the record on appeal the following documents:

1. The trial transcripts from the 8th day of March, 2021.

2. The Presentence Report and objections to the P.S.R.,

3. The Sentencing Transcript dated the 2nd day of February, 2022.

4. The Jury Verdict; and

5. All pleadings related to the 28 U.S.C. 2255 Motion to Vacate, Set Aside or Correct Sentence in the Clerk's Office related to this case.

It Is HEREBY ORDERED that the above listed documents are designated as the record on appeal.

Done this_____day of_____,20_____.

_____
Presiding Judge

Name: Patrick Webb
Reg #: 18451029
FCI RAY BROOK
PO BOX 900
RAY BROOK, NY 12977

ALBANY NY 120

7 FEB 2025 PM 3 L

2.7.25 EB

XRAYED US MARSHALS SERVICE

~ legal mail ~

⇔18451-029⇔
Clerk Of Court
111 7TH AVE SE
Cedar Rapids, IA 52401
United States

52401-210312

Case 2:24-cv-01030-CJW-MAR    Document 13    Filed 02/18/25    Page 3 of 3